1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  MELISSA A. WURSTER (SBN 198899)
   **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
3  203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
4  Telephone: 650.637-9100
   Facsimile: 650.637-8071
5
   Attorney for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | CHARLEEN WIGNALL, CHARLES EWING | CASE NO. C07-03886 MEJ
   | and EDWARD EWING, |
11 | | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
   | Plaintiff, | **REQUEST FOR REASSIGNMENT TO A**
12 | | **UNITED STATES DISTRICT JUDGE**
   | v. |
13 |  |
14 | STATE FARM MUTUAL AUTOMOBILE |
   | INSURANCE COMPANY; and DOES 1 |
15 | through 50, |
   | |
16 | Defendants. |

17

18     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19     The undersigned party hereby declines to consent to the assignment of this case to a United

20 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21 a United States District Judge.

22 Dated: September 7, 2007            HAYES DAVIS BONINO ELLINGSON
                                       MCLAY & SCOTT, LLP
23

24                                     By _____
25                                        STEPHEN M. HAYES
                                          STEPHEN P. ELLINGSON
26                                        MELISSA A. WURSTER
                                          Attorneys for Defendant
27                                        STATE FARM MUTUAL AUTOMOBILE
                                          INSURANCE COMPANY
28

146525                               -1-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE – CASE NO. C07-03886 MEJ**