1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  MELISSA A. WURSTER (SBN 198899)
   **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
3  203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
4  Telephone:  650.637-9100
   Facsimile:  650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 50,<br><br>Defendants. | CASE NO. C07-03886 MEJ<br><br>**PROOF OF SERVICE** |

146525                                    -1-
**PROOF OF SERVICE – CASE NO. C07-03886 MEJ**

| | |
|---|---|
| 1 | CASE NAME:   **Wignall v. State Farm** |
|   | CASE NO.:      C07-03886 MEJ |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood Shores, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing documents described as:

- *[CONFORMED FACE PAGE ONLY]* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441 [DIVERSITY JURISDICTION]
- *[CONFORMED FACE PAGE ONLY]* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CASE MANAGEMENT STANDING ORDER
- *[BLANK FORM]* JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER
- NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM
- ECF REGISTRATION INFORMATION HANDOUT
- NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL
- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO - GUIDELINES

☒ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Lawrence Mann, Esq.<br>LAW OFFICES OF LAWRENCE MANN<br>259 Oak Street<br>San Francisco, CA 94102-5807<br>Phone: (415) 552-7707 | **Attorney for Plaintiffs**<br><br>CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING |

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 10, 2007, at Redwood City, California.

_____
Abigail Bowman