# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wignall,<br><br>      Plaintiff(s),<br><br> v.<br><br>State Farm Mutual Automobile<br><br>Insurance Company,<br><br>      Defendant(s). | 07-03886 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

  The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

  Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-03886 MHP      -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.
4
5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.
7
8
9  Dated: October 18, 2007

                          RICHARD W. WIEKING
                          Clerk
                          by:    Timothy J. Smagacz

                          *Timothy Smagacz* (signature)
                          _____
                          ADR Administrative Assistant
                          415-522-4205
                          Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

Case Name:	Wignall v. State Farm Mutual Automobile Insurance Company

Case Number:	07-03886 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On October 18, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Lawrence Arthur Mann
>Bourhis & Mann
>1050 Battery Street
>San Francisco, CA 94111
>larry_mann_2000@yahoo.com
>
>Stephen M. Hayes
>Hayes, Davis, Ellingson, McLay & Scott LLP
>203 Redwood Shores Parkway
>Suite 480
>Redwood Shores, CA 94065
>shayes@hayesdavis.com
>
>Stephen P. Ellingson
>Hayes, Davis, Ellingson, McLay, & Scott LLP
>203 Redwood Shores Parkway
>Suite 480
>Redwood Shores, CA 94065
>sellingson@hayesdavis.com
>
>Melissa A. Wurster

Hayes Davis Bonino Ellingson Mclay & Scott
203 Redwood Shores Parkway Suite 480
Redwood Shores, CA 94065

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov