STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
MELISSA A. WURSTER (SBN 198899)
mwurster@hayesdavis.com
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING, and EDWARD EWING,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO. C-07-3886 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY THE ACTION PENDING COMPLETION OF UNDERINSURED MOTORIST ARBITRATION** |

All parties, by and through their respective counsel, hereby stipulate to stay this action pending completion of underinsured motorist arbitration in accordance with the insurance policies, California Code of Civil Procedure section 1281.4 and California Insurance Code section 11580.2 of as follows:

**I.**
**RECITALS**

1. State Farm Mutual Automobile Insurance Company ("State Farm") issued an automobile insurance policy, number 010 9161-B21-05A, to named insureds Francesca Wignall and Joleene Wignall ("the Policy.")

149787

2. The Policy contains a provision that requires the parties to arbitrate any dispute regarding underinsured motorist ("UIM") benefits:

**Deciding Fault and Amount Under Coverage U**
Two questions must be decided by agreement between the *insured* and us:

    1. Is the *insured* legally entitled to collect damages from the owner or driver of the *uninsured motor vehicle*; and

    2. If so, in what amount?

If there is no agreement, upon written request of the *insured* or us, these questions shall be decided by arbitration as provided by section 11580.2 of the California Insurance Code. The *insured's* written request must be sent to us by certified mail, return receipt requested. The arbitration judgment may be filed in any court having jurisdiction. Both parties will share the cost of arbitration equally. Attorney fees and fees for medical and other expert witnesses are not considered cost of arbitration.

3. California Code of Civil Procedure § 1281.4 mandates a stay of the lawsuit where, as here, the contract at issue provides for binding arbitration of the underlying dispute regarding UIM benefits.

4. Where, as here, the arbitration agreement references California law, the state law applies even though the results would be the same under federal law. Like California Code of Civil Procedure § 1281.4, 9 U.S.C. § 3 of the Federal Arbitration Act provides that any suit or proceeding referable to arbitration by agreement between the parties must be stayed until after the arbitration is completed. Therefore, whether under the California Code of Civil Procedure or the Federal Arbitration Act, Plaintiff's claims against State Farm must be stayed pending the completion of his UIM Arbitration.

5. The parties have not completed UIM arbitration.

## II.
## STIPULATION

The parties hereby stipulate to the following:

1. This action shall be stayed pending completion of the UIM arbitration;

2. Plaintiffs shall file notice with the Court and serve notice on counsel for State Farm upon the final resolution of their UIM claim arising out of the same accident and same State Farm policies as this lawsuit.

-2-

**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING COMPLETION OF UIM ARBITRATION – CASE NO. C07-02464 SBA**

149787

3. Resolution of plaintiffs' UIM claim will be final upon either (1) payment of any settlement of that claim, or (2) completion of arbitration of plaintiffs' UIM claim, any post arbitration court proceedings to correct or vacate the arbitration award and expiration of the time to appeal the trial court's ruling on any such petition.

Dated: October 26, 2007    BOURHIS & MANN

By     //S//
     LAWRENCE A. MANN
     Attorneys for Plaintiffs
     CHARLEEN WIGNALL, CHARLES EWING
     and EDWARD EWING

Dated: October 26, 2007    HAYES, DAVIS, BONINO,
     ELLINGSON, McLAY & SCOTT

By     //S//
     STEPHEN P. ELLINGSON
     Attorneys for Defendant
     STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY

## [PROPOSED] ORDER

This action is hereby stayed until 10 days after plaintiffs file and serve notice of final resolution of their UIM claim.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/30__, 2007

HONORABLE _____
UNITED STATES _____ FOR THE
NORTHERN _____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

149787

-3-

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING COMPLETION OF UIM
ARBITRATION – CASE NO. C07-02464 SBA