Lawrence Mann, Esq., State Bar No. 83698
LAW OFFICES OF LAWRENCE MANN
259 Oak Street
San Francisco, California 94102
Telephone:  (415) 552-7707
Facsimile:  (415) 552-7743

Attorney for Plaintiffs CHARLEEN WIGNALL,
CHARLES EWING and EDWARD EWING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: C-07-3886 MHP<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certified that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute

1  resolution options.

Dated: October 31, 2007                    /s/  Lawrence Mann
                                           Lawrence Mann, Esq.
                                           Attorney for Plaintiffs
                                           CHARLEEN WIGNALL, CHARLES
                                           EWING and EDWARD EWING

c:\PI\Wignall\ADR Certification-001

# PROOF OF SERVICE
## DECLARATION OF SERVICE BY U.S. MAIL

**Re: Charleen Wignall, et al. v. State Farm Mutual Automobile Insurance Co.**
**U.S. District Court, Northern District of California, Case No.: C-07-3886 MHP**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 2, 2007, I will serve the following document:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

Stephen M. Hayes, Esq.
Stephen P. Ellingson, Esq.
Melissa A. Wurster, Esq.
Hayes Davis Bonino
Ellingson McLay & Scott, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065

(X)   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 2, 2007.

*Mary Cabezas*
Mary Cabezas

c:\PI\Wignall\Proof-svs-007