Lawrence Mann, Esq., State Bar No. 83698
BOURHIS & MANN
259 Oak Street
San Francisco, California 94102
Telephone: (415) 552-7707
Facsimile: (415) 552-7743

Attorney for Plaintiffs CHARLEEN WIGNALL,
CHARLES EWING and EDWARD EWING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING,<br><br>            Plaintiffs,<br><br>     v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: C-07-3886 MHP<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that commencing January 28, 2008 and continuing through and including February 8, 2008, attorney Lawrence Mann will be out of the country and unavailable for any purpose, including, without limitation, receiving notice of any kind, appearing in court, responding to ex parte applications or attending depositions.

Please be advised that purposely scheduling a conflicting proceeding without good cause is sanctionable conduct [Tenderloin Housing Clinic vs. Sparks (1982) 8 Cal.App.4th 299].

1  Dated: November 16, 2007                    BOURHIS & MANN

                                               /s/   Lawrence Mann
                                               Lawrence Mann, Esq.
                                               Attorney for Plaintiffs
                                               CHARLEEN WIGNALL, CHARLES
                                               EWING and EDWARD EWING

c:\PI\Wignall\Notice of Unavailability-004

---

2

**NOTICE OF UNAVAILABILITY OF COUNSEL-Case No. C-07-3886 MHP**

**PROOF OF SERVICE**
**DECLARATION OF SERVICE BY U.S. MAIL**

Re: *Charleen Wignall, et al. v. State Farm Mutual Automobile Insurance Co.*
U.S. District Court, Northern District of California, Case No.: C-07-3886 MHP

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 16, 2007, I will serve the following document:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

Stephen M. Hayes, Esq.
Stephen P. Ellingson, Esq.
Melissa A. Wurster, Esq.
Hayes Davis Bonino
Ellingson McLay & Scott, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 16, 2007.

*/s/ Mary Cabezas*
Mary Cabezas