```
 1  Lawrence Mann, Esq., State Bar No. 83698
    BOURHIS & MANN
 2  259 Oak Street
    San Francisco, California  94102
 3  Telephone:  (415) 552-7707
    Facsimile:  (415) 552-7743
 4
 5  Attorney for Plaintiffs CHARLEEN WIGNALL,
    CHARLES EWING and EDWARD EWING
 6
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  CHARLEEN WIGNALL, CHARLES EWING  )  Case No.: C-07-3886 MHP
    and EDWARD EWING,                )
12                                   )
                    Plaintiffs,      )  NOTICE OF CHANGE OF LAW OFFICE
13                                   )  NAME
            v.                       )
14                                   )
    STATE FARM MUTUAL AUTOMOBILE     )
15  INSURANCE COMPANY and DOES 1     )
    through 100, inclusive,          )
16                                   )
                    Defendants.      )
17  _____  )
18
19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:
20      PLEASE TAKE NOTICE that the name of the Law Offices of Lawrence Mann has
21  changed.  The new name of the law offices is BOURHIS & MANN, 259 Oak Street, San
22  Francisco, CA 94102; Tel:  (415) 552-7707; Fax: (415) 552-7743.
23  Dated: November 16, 2007                    BOURHIS & MANN
24
                                           /s/   Lawrence Mann
25                                         Lawrence Mann, Esq.
                                           Attorney for Plaintiffs
26                                         CHARLEEN WIGNALL, CHARLES
27                                         EWING and EDWARD EWING
28  c:\PI\Wignall\Notice-Change of Law Office Name
```

1
**NOTICE OF CHANGE OF LAW OFFICE NAME-Case No. C-07-3886 MHP**

## PROOF OF SERVICE
## DECLARATION OF SERVICE BY U.S. MAIL

**Re: Charleen Wignall, et al. v. State Farm Mutual Automobile Insurance Co.**
**U.S. District Court, Northern District of California, Case No.: C-07-3886 MHP**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 16, 2007, I will serve the following document:

### NOTICE OF CHANGE OF LAW OFFICE NAME

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

Stephen M. Hayes, Esq.
Stephen P. Ellingson, Esq.
Melissa A. Wurster, Esq.
Hayes Davis Bonino
Ellingson McLay & Scott, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 16, 2007.

*/s/ Mary Cabezas*
Mary Cabezas