```
 1  Lawrence Mann, Esq., State Bar No. 83698
    BOURHIS & MANN
 2  259 Oak Street
    San Francisco, California 94102
 3  Telephone:  (415) 552-7707
    Facsimile:  (415) 552-7743
 4

 5  Attorney for Plaintiffs CHARLEEN WIGNALL,
    CHARLES EWING and EDWARD EWING
 6

 7

 8              UNITED STATES DISTRICT COURT

 9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: C-07-3886 MHP<br><br>**SUBSTITUTION OF ATTORNEYS** |

Plaintiffs CHARLEEN WIGNALL, CHARLES EWING and EDWARD EWING herewith substitute the Law Offices of David Sherrer, 1055 West College Street, #121, Santa Rosa, CA 95401, (707) 480-4717 in place and instead of Lawrence Mann as counsel of record in the above-captioned matter.

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 3-27-08        By: /s/ Charleen Wignall
                         Plaintiff CHARLEEN WIGNALL, individually
                         and on behalf of CHARLES EWING and
                         EDWARD EWING, minors

| | |
|---|---|
| 1  AS PREVIOUS ATTORNEY OF RECORD, I HEREBY | |
| 2  CONSENT TO THE ABOVE SUBSTITUTION. | |
| 3  Dated: 4/10/08 | BOURHIS & MANN |
| 4 | |
| 5 | By: _____ |
| 6 | Lawrence Mann, Esq. |
| 7 | |
| 8  I CONSENT TO THE ABOVE SUBSTITUTION. | |
| 9  Dated: 3-27-06 | LAW OFFICES OF DAVID SHERER |
| 10 | |
| 11 | BY: _____ |
| 12 | David Sherer, Esq. |
| | Attorney for Plaintiffs |

17  SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED.

19  DATE: _____, 2008        _____
                                        UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## DECLARATION OF SERVICE BY U.S. MAIL

Re: *Charleen Wignall, et al. v. State Farm Mutual Automobile Insurance Co.*
U.S. District Court, Northern District of California, Case No.: **C-07-3886 MHP**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On April 10, 2008, I will serve the following document:

### SUBSTITUTION OF ATTORNEYS

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

Stephen M. Hayes, Esq.
Stephen P. Ellingson, Esq.
Melissa A. Wurster, Esq.
Hayes Davis Bonino
Ellingson McLay & Scott, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065

Wayne Collins, Esq.
LAW OFFICE OF TOSCHI,
SIDRAN, COLLINS & DOYLE
100 Webster Street, Suite 300
Oakland, CA 94607

David Sherer, Esq.
Law Offices of David Sherer
1055 West College Street, #121
Santa Rosa, CA 95401

(X)  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on April 10, 2008.

c:\PI\Wignall\Proof-svs-009

_____
Mary Martin