1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  HAYES SCOTT BONINO ELLINGSON
   & McLAY, LLP
3  203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
4  Telephone: 650.637-9100
   Facsimile: 650.637-8071
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WIGNALL, CHARLES EWING, and EDWARD EWING<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through 100, inclusive<br><br>Defendants. | CASE NO. C-3:07-3886 MHP<br><br>[Napa County Superior Court No. 26-36569]<br><br>[~~PROPOSED~~ ORDER] RE: **STIPULATION OF DISMISSAL**<br><br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

   PURSUANT TO STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED
THAT this matter is hereby dismissed with prejudice.

   IT IS SO ORDERED.

Dated: August 29, 2013           _____
                                 HON. JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

465378                           -1-

[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL – CASE NO. C-07-3886 MHP